AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
**FILED**

MAR 29 2018

David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. B-18-MJ-332 |
| Miguel Angel LOPEZ | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of March 29, 2018 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC 2251(a) | Any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign by any means, including by computer. |

This criminal complaint is based on these facts:

On or about January 6, 2018, the Homeland Security Investigations (HSI) led Rio Grande Valley Child Exploitation Investigation Task Force (RGV CEITF) conducted an undercover online investigation in an effort to locate users distributing files containing child pornography. During the course of this investigation the RGV CEITF were able to locate an IP address 24.162.161.232 registered to Miguel LOPEZ of ████████████, Brownsville, Texas. On March 29, 2018, a search warrant was executed at the above-mentioned address which led to the seizure of multiple computers devices from the bedroom of Miguel Angel LOPEZ who lived at the residence. During a preliminary examination conducted on several electronic devices seized from the residence of Miguel Angel LOPEZ, the RGV CEITF discovered files containing numerous photographs and videos of child pornography. During a voluntary interview of Miguel Angel LOPEZ, he admitted to the downloading, sharing, and enticement to produce child pornography. Miguel Angel LOPEZ was arrested for violations of 18USC2251(a).

☐ Continued on the attached sheet.

*Complainant's Signature*

Adam Watson    Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

3-29-2018
*Date*

*Judge's signature*

Brownsville, Texas
*City and State*

Ignacio Torteya III    U.S. Magistrate Judge
*Printed name and title*